IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 06-cv-01232-REB-MEH

NEW STANLEY ASSOCIATES, L.L.L.P., a Colorado limited liability limited partnership;

    Plaintiff,

v.

LOT4ED, LLC, a Colorado limited liability company,
ESTES WINDS, LLC, a Colorado limited liability company; and
EDWARD J. GRUEFF,

    Defendants.

---

**ORDER APPROVING STIPULATION FOR DISMISSAL WITHOUT PREJUDICE AND
ENTERING PERMANENT INJUNCTION**

---

This matter having come before the Court on the pleadings of record and it being represented that Plaintiff New Stanley Associates ("Stanley") and the Defendants, Edward Grueff, LOT4ED, LLC, and Estes Winds, LLC, ("Grueff" or "Defendants") have reached final agreement on settlement of the claims made in this action, and based upon the agreement, consent and approval of Plaintiff and Defendants (collectively "the Parties"), the Court orders as follows:

    1.    This Court has personal jurisdiction over the Parties and over the subject matter of this action, and venue is proper.

    2.    Defendants Grueff, Estes Winds, LLC, LOT4ED, LLC and all of their officers and employees are hereby permanently restrained and enjoined from using in interstate commerce as a trademark or trade name the words STANLEY MARKETPLACE, or any trademark or trade name consisting of or containing the term STANLEY, or any trademark or trade name confusingly similar to STANLEY, THE STANLEY, or THE STANLEY HOTEL, all in connection with hotel or restaurant

services, wedding banquet services, or resort services, without prior, written permission of Stanley, except as provided in the Settlement Agreement between the parties dated September 21, 2006.

3.     Each party shall bear its own costs and attorneys fees except as provided in the Settlement Agreement between the parties.

4.     Stanley's claims and causes of action are hereby dismissed without prejudice, pursuant to Fed. R. Civ. P. 41(a)(1), but may be reinstated, without opposition from Defendants, for the limited purpose of enforcing this injunction and the Settlement Agreement subject to the right to cure provision in the Settlement Agreement.

Dated this 26th day of September, 2006.

**s/ Robert E. Blackburn**
DISTRICT COURT JUDGE

litigation\316729_1.doc